

| | | |
|---|---|---|
| **ZACHARY W. CARTER**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **ALEXANDER NOBLE**<br>*Assistant Corporation Counsel*<br>phone: (212) 356-2357<br>fax: (212) 356-3508<br>anoble@law.nyc.gov |

June 12, 2017

**VIA ECF & FIRST CLASS MAIL**
Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

        Re:   <u>Kenneth Betts v. Detective Rodriguez, et al.</u>,
                 15-CV-3836 (JPO)(BCM)

Your Honor:

      I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney for defendants in the above-referenced matter. I write on behalf of the parties to respectfully request an extension of time from June 14, 2017 to and including July 14, 2017 for plaintiff to provide his portions of the joint pre-trial order and related pre-trial submissions; and a corresponding extension of time until August 14, 2017 for defendants to file the parties' joint pre-trial order and related pre-trial submissions with the Court. This is the parties' first such request for extensions of time.

      By way of background, on May 15, 2017 the Court granted in part, and denied in part, defendants' motion for summary judgment. (*See* Docket Entry No. 97) Pursuant to Your Honor's Individual Practices in Civil Cases, § 5(A), the parties must file a joint pre-trial order within 30 days after the Court decides a dispositive motion. On May 17, 2017, defendants contacted plaintiff by telephone in an effort to confer regarding preparation of the parties' joint pre-trial order. Defendants received no response from plaintiff. On May 23, 2017, defendants again attempted to reach plaintiff to confer regarding the joint pre-trial order. Plaintiff did not respond to defendants until June 7, 2017, during which time the parties first discussed preparation of the joint pre-trial order.

      The parties require additional time to prepare their joint pre-trial order and related pre-trial submissions, including joint proposed voir dire questions, requests to charge, and verdict forms as required by Your Honor's Individual Rules of Practice. In order to facilitate preparation of the joint pre-trial order and related pre-trial submissions, the parties propose that plaintiff provide his portions to defendants by July 14, 2017. Once defendants receive plaintiff's

portions, additional time is required for the parties to confer and thereafter file the joint pre-trial order and related pre-trial submissions with the Court.

For the reasons stated above, the parties respectfully request an extension of time from June 14, 2017 to and including July 14, 2017 for plaintiff to provide his portion of the joint pre-trial order, and related pre-trial submissions; and a corresponding extension of time until August 14, 2017 for defendants to file the parties' joint pre-trial order and related pre-trial submissions with the Court. This is the parties first such request for extensions of time. The parties thank the Court for its consideration herein.

Respectfully submitted,

*/s/ Alexander Noble*

Alexander Noble
*Assistant Corporation Counsel*
Special Federal Litigation Division

**BY FIRST CLASS MAIL**
cc:   Kenneth Betts
      225 E. 149th Street
      Apt. 5F
      Bronx, NY 10451