RECEIVED
2017 AUG -7 PM 3:43
U.S. COURT OF APPEALS
SECOND CIRCUIT

Kenneth Betts
320 Veeder Ave
Schenectady N.Y. 12307

United States
U.S. Court of Appeals
40 Foley Square
N.Y., N.Y. 10001

INDIGENT MAIL

15CV3836

Thank you for your time, at the time I am currently incarcerated and would like you to know that I would like to move forward with lawsuit case. I would also like you to know I currently do not have a permanent address and would like for you to continue to contact me at the address you have been reaching me at.

7/26/17

Again, thank you for your time and I look forward to hearing from you soon.

Thank you,

Kenneth