RECEIVED
SDNY PRO SE OFFICE

2017 OCT 31 AM 11: 48

S.D. OF N.Y.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Kenneth Betts

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

IVAN RODRIGUEZ, et al

(List the full name(s) of the defendant(s)/respondent(s).)

15 cv 3836 (JPO)( )

NOTICE OF CHANGE OF ADDRESS

I hereby notify the Court that my address has changed to the following:

10-31-17
Date

Kenneth Betts
Signature

Betts Kenneth
Name (Last, First, MI)

Prison Identification # (if incarcerated)

225 E 149th Street, Apt 5F, Bronx    NY    10451
Address                      City    State  Zip Code

917 737-8749
Telephone Number

Bronx NY 10451
E-mail Address (if available)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 10/31/17

Rev. 8/15/14